857 A.2d 1127

**Linda SCHADE, et al.**

v.

**MARYLAND STATE BOARD OF ELECTIONS, et al.**

No. 64, Sept. Term, 2004.

Court of Appeals of Maryland.

Sept. 14, 2004.

Ryan P. Phair (Laura A. Thoms, Kathryn R. DeBord, John P. Gonsoulin, Kirkland & Ellis, LLP, Washington, DC, John B. Isbister, Daniel S. Katz, Richard D. Rosenthal, Tydings & Rosenberg, LLP, Baltimore, on brief), Stephen Vaughan, Schmeltzer, Aptaker & Shepard, PC, Washington, DC, Cindy Cohn, San Francisco, CA, for appellants.

Michael D. Berman, Deputy Chief Civil Litigation (J. Joseph Curran, Jr., Atty. Gen., Judith A. Armold, Asst. Atty. Gen., on brief), Daniel F. Goldstein (Shelly Marie Martin, Brown, Goldstein & Levy, LLP, Baltimore, on brief), for appellees.

Argued before BELL, C.J., RAKER, WILNER, CATHELL, HARRELL, BATTAGLIA, GREENE, JJ.

**PER CURIAM ORDER**

For reasons to be stated in an opinion later to be filed, it is this 14th day of September, 2004,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Anne Arundel County be, and it is hereby, affirmed. Costs to be paid by Petitioners. Mandate to issue forthwith.

/s/ ROBERT M. BELL
Chief Judge